

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2018

No. 04-17-00329-CR

Brian **FAZIO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5284
Honorable Melisa Skinner, Judge Presiding

# O R D E R

After this court granted the State's first motion for extension of time, its brief was due February 12, 2018. The State has now filed a second motion for extension of time, asking for an additional thirty days in which to file its brief. After review, we **GRANT** the State's requested extension and **ORDER** the State to file its brief in this court on or before March 14, 2018.



_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court